UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: HARVEY, JOSHUA D. § Case No. 14-51655
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 26, 2014. The undersigned trustee was appointed on June 26, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          11,500.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                              0.00
    Administrative expenses                             0.00
    Bank service fees                                   0.00
    Other payments to creditors                         0.00
    Non-estate funds paid to 3rd Parties                0.00
    Exemptions paid to the debtor                       0.00
    Other payments to the debtor                        0.00

    Leaving a balance on hand of [1]      $          11,500.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/26/2014 and the deadline for filing governmental claims was 12/26/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,875.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,875.40, for a total compensation of $1,875.40.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.00, for total expenses of $6.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/21/2015       By: /s/KATHRYN A. BELFANCE, TRUSTEE
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-51655  
**Case Name:** HARVEY, JOSHUA D.

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE  
**Filed (f) or Converted (c):** 06/26/14 (f)  
**§341(a) Meeting Date:** 08/19/14

**Period Ending:** 01/21/15  
**Claims Bar Date:** 12/26/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank - checking (joint with mother) | 750.00 | 0.00 | | 0.00 | FA |
| 2 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Laborer's International Union Local 310 pension | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | Child Support Obligor: Jessica Wildhaber, Elyria | 600.00 | 0.00 | | 0.00 | FA |
| 5 | 2014 State and Federal Income tax refunds | Unknown | 0.00 | | 0.00 | FA |
| 6 | Interest in Estate of George Harvey  (u) | 0.00 | 11,500.00 | | 11,500.00 | FA |
| 6 | **Assets**    **Totals** (Excluding unknown values) | **$4,450.00** | **$11,500.00** | | **$11,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014     **Current Projected Date Of Final Report (TFR):**   January 21, 2015  (Actual)

Printed: 01/21/2015 09:21 AM    V.13.20

14-51655-amk    Doc 27    FILED 02/10/15    ENTERED 02/10/15 11:20:29    Page 3 of 10

# Form 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 14-51655 | **Trustee:** | KATHRYN A. BELFANCE, TRUSTEE (520210) |
| **Case Name:** | HARVEY, JOSHUA D. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******5966 - Checking Account |
| **Taxpayer ID #:** | **-***3048 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 01/21/15 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/15 | {6} | FIFTH THIRD BANK | Interest in Father's Estate | 1221-000 | 11,500.00 | | 11,500.00 |
| | | | ACCOUNT TOTALS | | 11,500.00 | 0.00 | $11,500.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $11,500.00 | $0.00 | |

Net Receipts : 11,500.00

Net Estate : $11,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5966** | 11,500.00 | 0.00 | 11,500.00 |
| | $11,500.00 | $0.00 | $11,500.00 |
| Bank Transfers | $0.00 | $0.00 | |

{} Asset reference(s)

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 14-51655　HARVEY, JOSHUA D.

Claims Bar Date:　12/26/14

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | UNITED STATES BANKRUPTCY COURT<br>FEDERAL BUILDING<br>2 SOUTH MAIN STREET<br>AKRON, OH 44308<br><2700-00　Clerk of the Court Costs (includes adversary and other filing fees)>,　200 | Admin Ch. 7<br>06/26/14 | | $335.00<br>$335.00 | $0.00 | $335.00 |
| | KATHRYN A. BELFANCE, TRUSTEE<br>50 S. MAIN STREET<br>10TH FLOOR<br>AKRON, OH 44308<br><2200-00　Trustee Expenses>,　200 | Admin Ch. 7<br>06/26/14 | | $6.00<br>$6.00 | $0.00 | $6.00 |
| | KATHRYN A. BELFANCE, TRUSTEE<br>50 S. MAIN STREET<br>10TH FLOOR<br>AKRON, OH 44308<br><2100-00　Trustee Compensation>,　200 | Admin Ch. 7<br>06/26/14 | [Updated by Surplus to Debtor Report based on Net Estate Value: 11254.04] | $1,875.40<br>$1,875.40 | $0.00 | $1,875.40 |
| 1 | AFNI, INC.<br>PO BOX 3097<br>BLOOMINGTON, IL 61702<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $569.00<br>$569.00 | $0.00 | $569.00 |
| 1A | AFNI, INC.<br>PO BOX 3097<br>BLOOMINGTON, IL 61702<br><7990-00　Surplus Cases Interest on Unsecured Claims (including priority)>,　640 | Unsecured<br>12/11/14 | | $0.42<br>$0.42 | $0.00 | $0.42 |
| 2 | FIRST FEDERAL CREDIT CONTROL<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $471.00<br>$471.00 | $0.00 | $471.00 |
| 2A | FIRST FEDERAL CREDIT CONTROL<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122<br><7990-00　Surplus Cases Interest on Unsecured Claims (including priority)>,　640 | Unsecured<br>12/11/14 | | $0.35<br>$0.35 | $0.00 | $0.35 |
| 3 | FIDELITY PROPERTIES IN<br>220 E MAIN ST<br>ALLIANCE, OH 44601<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $92.00<br>$92.00 | $0.00 | $92.00 |

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 14-51655    HARVEY, JOSHUA D.

Claims Bar Date:   12/26/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3A | FIDELITY PROPERTIES IN<br>220 E MAIN ST<br>ALLIANCE, OH 44601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/11/14 | | $0.07<br>$0.07 | $0.00 | $0.07 |
| 4 | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $288.00<br>$288.00 | $0.00 | $288.00 |
| 4A | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/11/14 | | $0.21<br>$0.21 | $0.00 | $0.21 |
| 5 | OHIO BUREAU OF MOTOR VEHICLES<br>ATTN: REVENUE MANAGEMENT<br>P.O. BOX 16521<br>COLUMBUS, OH 43216-6521<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $2,200.00<br>$2,200.00 | $0.00 | $2,200.00 |
| 5A | OHIO BUREAU OF MOTOR VEHICLES<br>ATTN: REVENUE MANAGEMENT<br>P.O. BOX 16521<br>COLUMBUS, OH 43216-6521<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/11/14 | | $1.62<br>$1.62 | $0.00 | $1.62 |
| 6 | SYNCB/FUNANCING<br>PO BOX 981439<br>EL PASO, TX 79998<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $5,000.00<br>$5,000.00 | $0.00 | $5,000.00 |
| 6A | SYNCB/FUNANCING<br>PO BOX 981439<br>EL PASO, TX 79998<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/11/14 | | $3.67<br>$3.67 | $0.00 | $3.67 |
| 7 | UNIQUE NATIONAL COLLEC<br>119 E MAPLE ST<br>JEFFERSONVILLE, IN 47130<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $358.00<br>$358.00 | $0.00 | $358.00 |

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 14-51655    HARVEY, JOSHUA D.

Claims Bar Date:  12/26/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7A | UNIQUE NATIONAL COLLEC<br>119 E MAPLE ST<br>JEFFERSONVILLE, IN 47130 | Unsecured<br>12/11/14 | | $0.26<br>$0.26 | $0.00 | $0.26 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 8 | U S DEPT OF ED/GSL/ATL<br>PO BOX 4222<br><br>IOWA CITY, IA 52244 | Unsecured<br>12/11/14 | REVIEWED CLAIM. | $53.00<br>$53.00 | $0.00 | $53.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8A | U S DEPT OF ED/GSL/ATL<br>PO BOX 4222<br>IOWA CITY, IA 52244 | Unsecured<br>12/11/14 | | $0.04<br>$0.04 | $0.00 | $0.04 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | HARVEY, JOSHUA D.<br>9711 CROW RD.<br>LITCHFIELD, OH 44253 | Unsecured<br>06/26/14 | | $245.96<br>$245.96 | $0.00 | $245.96 |
| | <8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$11,500.00** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-51655
Case Name: HARVEY, JOSHUA D.
Trustee Name: KATHRYN A. BELFANCE, TRUSTEE

**Balance on hand:** $ 11,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KATHRYN A. BELFANCE, TRUSTEE | 1,875.40 | 0.00 | 1,875.40 |
| Trustee, Expenses - KATHRYN A. BELFANCE, TRUSTEE | 6.00 | 0.00 | 6.00 |
| Charges, U.S. Bankruptcy Court | 335.00 | 0.00 | 335.00 |

Total to be paid for chapter 7 administration expenses: $ 2,216.40
Remaining balance: $ 9,283.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,283.60

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 9,283.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,031.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AFNI, INC. | 569.00 | 0.00 | 569.00 |
| 2 | FIRST FEDERAL CREDIT CONTROL | 471.00 | 0.00 | 471.00 |
| 3 | FIDELITY PROPERTIES IN | 92.00 | 0.00 | 92.00 |
| 4 | I C SYSTEM INC | 288.00 | 0.00 | 288.00 |
| 5 | OHIO BUREAU OF MOTOR VEHICLES | 2,200.00 | 0.00 | 2,200.00 |
| 6 | SYNCB/FUNANCING | 5,000.00 | 0.00 | 5,000.00 |
| 7 | UNIQUE NATIONAL COLLEC | 358.00 | 0.00 | 358.00 |
| 8 | U S DEPT OF ED/GSL/ATL | 53.00 | 0.00 | 53.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 9,031.00 |
| | Remaining balance: | $ | 252.60 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 252.60 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 252.60 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.64. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 245.96.

**UST Form 101-7-TFR (05/1/2011)**