# Proposed Report of Distribution

## Case: 14-51655  HARVEY, JOSHUA D.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $11,500.00     **Total Proposed Payment:** $11,500.00     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 6.00 | 6.00 | 0.00 | 6.00 | 6.00 | 11,494.00 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 1,875.40 | 1,875.40 | 0.00 | 1,875.40 | 1,875.40 | 9,618.60 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Claim Memo: [Updated by Surplus to Debtor Report based on Net Estate Value: 11254.04] | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | 335.00 | 335.00 | 0.00 | 335.00 | 335.00 | 9,283.60 |
| | <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **2,216.40** | **2,216.40** | **0.00** | **2,216.40** | **2,216.40** | |
| 1 | AFNI, INC. | Unsecured | 569.00 | 569.00 | 0.00 | 569.00 | 569.00 | 8,714.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 2 | FIRST FEDERAL CREDIT CONTROL | Unsecured | 471.00 | 471.00 | 0.00 | 471.00 | 471.00 | 8,243.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 3 | FIDELITY PROPERTIES IN | Unsecured | 92.00 | 92.00 | 0.00 | 92.00 | 92.00 | 8,151.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 4 | I C SYSTEM INC | Unsecured | 288.00 | 288.00 | 0.00 | 288.00 | 288.00 | 7,863.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 5 | OHIO BUREAU OF MOTOR VEHICLES | Unsecured | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 | 2,200.00 | 5,663.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 6 | SYNCB/FUNANCING | Unsecured | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 663.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 7 | UNIQUE NATIONAL COLLEC | Unsecured | 358.00 | 358.00 | 0.00 | 358.00 | 358.00 | 305.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 8 | U S DEPT OF ED/GSL/ATL | Unsecured | 53.00 | 53.00 | 0.00 | 53.00 | 53.00 | 252.60 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 1A | AFNI, INC. | Unsecured | 0.42 | 0.42 | 0.00 | 0.42 | 0.42 | 252.18 |
| 2A | FIRST FEDERAL CREDIT CONTROL | Unsecured | 0.35 | 0.35 | 0.00 | 0.35 | 0.35 | 251.83 |
| 3A | FIDELITY PROPERTIES IN | Unsecured | 0.07 | 0.07 | 0.00 | 0.07 | 0.07 | 251.76 |
| 4A | I C SYSTEM INC | Unsecured | 0.21 | 0.21 | 0.00 | 0.21 | 0.21 | 251.55 |
| 5A | OHIO BUREAU OF MOTOR VEHICLES | Unsecured | 1.62 | 1.62 | 0.00 | 1.62 | 1.62 | 249.93 |
| 6A | SYNCB/FUNANCING | Unsecured | 3.67 | 3.67 | 0.00 | 3.67 | 3.67 | 246.26 |
| 7A | UNIQUE NATIONAL COLLEC | Unsecured | 0.26 | 0.26 | 0.00 | 0.26 | 0.26 | 246.00 |

# Proposed Report of Distribution

## Case: 14-51655   HARVEY, JOSHUA D.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $11,500.00 | | Total Proposed Payment: | $11,500.00 | | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 8A | U S DEPT OF ED/GSL/ATL | Unsecured | 0.04 | 0.04 | 0.00 | 0.04 | 0.04 | 245.96 |
| SURPLUS | HARVEY, JOSHUA D. | Unsecured | 245.96 | 245.96 | 0.00 | 245.96 | 245.96 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 9,283.60 | 9,283.60 | 0.00 | 9,283.60 | 9,283.60 | |
| | Total for Case 14-51655 : | | $11,500.00 | $11,500.00 | $0.00 | $11,500.00 | $11,500.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,216.40 | $2,216.40 | $0.00 | $2,216.40 | 100.000000% |
| Total Unsecured Claims : | $9,283.60 | $9,283.60 | $0.00 | $9,283.60 | 100.000000% |