IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 14-51655
) JUDGE ALAN M. KOSCHIK
JOSHUA D. HARVEY ) CHAPTER 7
)
)
)
DEBTOR )

TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

| | |
|---|---|
| OHIO BUREAU OF MOTOR VEHICLES<br>ATTN: REVENUE MANAGEMENT<br>P.O. BOX 16521<br>COLUMBUS, OH 43216-6521 | $2,200.00 |
| SYNCB/FINANCING<br>P.O. BOX 981439<br>EL PASO, TX 79998 | $5,000.00 |
| UNIQUE NATIONAL COLLECT<br>119 E. MAPLE STREET<br>JEFFERSONVILLE, IN 47130 | $358.00 |
| U.S. DEPT OF ED/GSL/ATL<br>P.O. BOX 4222<br>IOWA CITY, IA 52244 | $53.00 |

2. Trustee's check for $7,611.00, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: June 16, 2015          KATHRYN A. BELFANCE
                             KATHRYN A. BELFANCE
                             TRUSTEE